# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAR 23 PM 3:18

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ALFREDO LOPEZ-HERNANDEZ,<br><br>      Defendant. | CASE NO. 12cr525-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

8USC1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

---

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 23, 2012

Jan M. Adler
U.S. Magistrate Judge